IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FELICIA TUDOR,** | : | **Civil No. 1:21-CV-00276** |
| **Plaintiff,** | : | |
| v. | : | |
| **TBGHEALTH, INC.,** | : | |
| **Defendant.** | : | **Judge Sylvia H. Rambo** |

# O R D E R

**AND NOW**, this 4th day of April, 2022, upon consideration of Defendant TBGHealth, Inc.'s motion for judgment on the pleadings (Doc. 11) pursuant to Federal Rule of Civil Procedure 12(c), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion is **DENIED** as to Tudor's Title VII claims; and **GRANTED** as to Tudor's claims for retaliation under Title VII and the PHRA and Tudor's demand for punitive damages, which are **DISMISSED** with prejudice.

    **IT IS SO ORDERED.**

                                                         *s/ Sylvia H. Rambo*
                                                   SYLVIA H. RAMBO
                                                   United States District Judge